UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KRISTEN S. DENNISON,**

    **Plaintiff,**

  v.

**CREDIT REMEDY, LLC,**

    **Defendant.**

:

:

**Case No. 2:23-cv-4269**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation. (R&R, ECF No. 19.) The Magistrate Judge recommends that the Court grant Ms. Dennison's Motion for Sanctions (ECF No. 18) and enter default judgment against Credit Remedy, LLC, for failure to obtain counsel. (*Id*.) The time for filing objections has passed, and none were filed. The Court thus **ADOPTS** the R&R (ECF No. 19), **GRANTS** Ms. Dennison's Motion (ECF No. 18), and **ENTERS** default judgment against Credit Remedy. Ms. Dennison is **ORDERED** to submit evidence of all damages sought **within two weeks** of the date of this Order.

    IT IS SO ORDERED.

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON, CHIEF JUDGE**
    **UNITED STATES DISTRICT COURT**